UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:  Church, Terry & Wendy                                     Case No. 09-31299
                    Debtor(s)                                                    Chapter 13

# CHAPTER 13 PLAN

__X___Original                _____Amended        Date:  October 24, 2009

**YOUR RIGHTS WILL BE AFFECTED**. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provisions of this plan or any motion included below must file a timely written objection. This plan may be confirmed and the motions included below may be granted without further notice or hearing unless written objection is filed before the deadline stated on the separate Notice you should have received from the bankruptcy court. If you have a secured claim, this is notice that your lien may be voided or modified if you do not object to this plan.

**THIS PLAN DOES NOT ALLOW CLAIMS**. You must file a proof of claim to be paid under any plan that may be confirmed.

**1. PAYMENT AND LENGTH OF PLAN**
   (a) Debtors will pay **$ 400.00** per month for 60 months to trustee:       $ 24,000.00
   (b) Other payments to trustee:                                                                  None
   (c) Total amount to be paid to Trustee shall be not less than              **$ 24,000.00**

**2. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES & SUPPORT**
All allowed priority claims will be paid in full unless creditor agrees otherwise:

| Creditor: | Scheduled Amount: | Monthly Payment: | Beginning in Month #: | Number of Payments: | TOTAL: |
|---|---|---|---|---|---|
|  |  | $360.00 | 1 | 6 |  |
| Bulie Law Office | $2,500.00 | $340.00 | 7 | 1 | $2,500.00 |

**3. SECURED CLAIMS: MOTIONS TO VALUE COLLATERAL AND VOID LIENS UNDER 11 U.S.C. §506.**
   (a) Debtor moves to value collateral as indicated in the "value" column immediately below. Trustee shall pay allowed secured claims the value indicated or the amount of the claim, whichever is less. The portion of any allowed claim that exceeds the value indicated shall be treated as an unsecured claim. Debtor moves to void the lien of any creditor with "NO VALUE" specified below.

| Creditor | Collateral | Scheduled Debt | Interest Rate | Monthly Payment |
|---|---|---|---|---|
| NONE |  |  |  |  |

(b) Debtor surrenders or abandons the following collateral. Upon confirmation, the stay is lifted as to surrendered or abandoned collateral

| Creditor: | Collateral to be Surrendered or Abandoned: |
|---|---|
| NONE | |

(c) Debtor retains the following collateral and keeps payments current. Payments will be made directly to creditor outside of plan.

| Creditor: | Collateral: | Scheduled Debt: | Monthly Payment: |
|---|---|---|---|
| Dakota Bank | Machinery | $ 7,960.00 | $300.00 |
| HSBC | 2007 Yamaha V Star 1200 | $12,312.00 | $155.00 |

### 4. UNSECURED CLAIMS
(a) **Not Separately Classified.** Allowed non priority unsecured claims shall be paid:
_____ Not less than $_____ to be distributed pro rata
__X__ Not less than 40.10 per cent
_____ Other: _____

**(b) Separately Classified Unsecured Claims**

| Creditor: | Basis for Classification: | Treatment: | Amount: |
|---|---|---|---|
| NONE | | | |

### 5. CURING DEFAULT AND MAINTAINING PAYMENTS
(a) Trustee shall pay allowed claims for arrearages, and Trustee shall pay regular post petition contract payments to these creditors:

| Creditor: | Collateral or Type of Debt: | Estimated Interest Rate: | Monthly Arrearage Payment: | Regular Monthly Payment: |
|---|---|---|---|---|
| NONE | | | | |

(b) Trustee shall pay allowed claims for arrearages, and Debtor shall pay regular post petition contract payments directly to these creditors:

| Creditor: | Collateral or Type of Debt: | Amount of Default | Interest Rate: | Beginning in Month: | Ending in Month: | Monthly Payment: | Total Payments: |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| NONE | | | | | | | |
| | | | | | | **TOTAL PAYMENTS:** | NONE |

### 6. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.
Executory contracts and unexpired leases are assumed or rejected as follows:

| Creditor/Lessor: | Property Description: | Assume/Reject: |
|---|---|---|
| NONE | | |

*Chapter 13 Plan*
*Page 2 of 4*

**7. SUMMARY OF PLAN PAYMENTS AND DISTRIBUTIONS.**

Payments by Debtors: **$ 400.00** per month for **60 months**        **$ 24,000.00**
Other: $_____ Description: _____              NONE

<u>Total to be Paid into Plan</u>                                   $ <u>24,000.00</u>

Payments from Plan:
  Priority & Administrative Claims
      Trustee              $ 2,400.00
      Attorney Fee         $ 2,500.00
      Priority Unsecured   $
      Other                $

  Total Priority & Administrative Payments from Plan        $  4,900.00

  Secured Debt Arrearages to be paid through Plan           $   *none*

  Regular Secured Debt Payments to be Paid through Plan     $   *none*

<u>Total Priority, Administrative, and Secured Debt Paid from Plan     $  4,900.00</u>

  Balance available for Unsecured Creditors                 $ 19,100.00

  Unsecured Portion from Schedule D: $
  Unsecured Debt from Schedule F:    <u>$ 47,627.82</u>
    *Total Unsecured Debt*:                        $ 47,627.82

Percent payable on unsecured debt:          **40.10%**

**8. OTHER PLAN PROVISIONS AND MOTIONS**
  (a) **Motion to Avoid Liens under 11 U. S. C. § 522(f)**. Debtor moves to avoid the following liens that impair exemptions:

| Creditor: | Collateral: | Amount of Liens to be Avoided: |
|---|---|---|
| NONE | | |

(b) **Lien Retention.** Except as provided above in Section 5, allowed secured claim holders retain liens until:

___Liens are released at discharge.

_X_Liens are released upon payment of allowed secured claim as provided above in Section 3.

___Liens are released upon completion of all payments under the plan.

(c) **Vesting of Property of the Estate**. Property of the estate shall revest in Debtor:

_X_ Upon confirmation

___ Upon Discharge

___ Other: _____

(d) **Payment Notices.** Creditors and lessors provided for above in Sections 5 or 6 may continue to mail customary notices or coupons to the Debtor or Trustee notwithstanding the automatic stay.

(e) **Order of Distribution.** Trustee shall pay allowed claims in the following order:
  Trustee Commissions
  Other Administrative Claims
  Priority Claims
  Secured Claims
  General Unsecured Claims

(f) **Debtors commit all disposable income to the plan.**


Dated: 10/24/09                    /s/ TERRY CHURCH
                                   Signature of Debtor


 /s/ KENNETH B. BULIE              /s/ WENDY CHURCH
Signature of Debtor's Attorney     Signature of Joint Debtor (if any)

**United States Bankruptcy Court**
**District of North Dakota**

IN RE: | Case No. **09-31299**
---|---

**Church, Terry & Church, Wendy**

Chapter **13**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Chapter 13 Plan**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **5th** day of **November**, **2009**.

*/s/ Kenneth B. Bulie*

**Kenneth B. Bulie 05798**
**Bulie Law Office**
**421 DeMers Ave. Suite 3**
**Grand Forks, ND  58201**

**ken@bulielaw.com**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Bank Of America**
**Bankruptcy NC4-105-02-77**
**PO Box 26012**
**Greensboro, NC  27410**

**Chase**
**800 Brooksedge Blvd**
**Westerville, OH  43081-2822**

**Citizens Community Credit Union**
**PO Box 1000**
**Devils Lake, ND  58301-1000**

**Creditors Interchange**
**80 Holtz Drive**
**Buffalo, NY  14225**

**Dacotah Bank**
**308 S Main St**
**Aberdeen, SD  57401-4146**

**Gemb/Lowes Pc**
**PO Box 981416**
**El Paso, TX  79998-1416**

**HSBC**
**PO Box 15522**
**Wilmington, DE  19850-5524**

**Lowe's**
**PO Box 2510**
**Tuscaloosa, AL  35403-2510**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only