TRUSTEE'S REPORT AND RECOMMENDATION
WAYNE DREWES, TRUSTEE
PO BOX 2783
FARGO, ND 58108

Terry and Wendy Church          Case No. 09-31299

A. PLAN PAYMTS. TO UNSECURED CREDITOR(S)
   1. Unsecured Claims        47,627.82
      Undersecured Claims     Ø
      TOTAL Unsecured         47,627.82
      Projected Payments      19,388.00
      Projected Payments %    40.7

   2. Payment
      a. Total to be Paid     24,000
      b. Frequency            400/mo.
      c. Starts               12-2-09
      d. Trustee's Commission:
         ( ) Add to Paymt. Above
         (X) Included in Paymt. Above

   3. Debtor(s) Offer:
      a. Disposable Income for  5  years. Start  12-2-09  End  11-2-14
      b. Provide Annual Tax Return for years  2009  Thru 2013 .

B. The Plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

C. The Plan is proposed in good faith and not by any means forbidden by law.

D. The Plan appears to be the best efforts of the Debtor(s).

E. Just cause exists to extend the Plan from three (3) years to a period of time not to exceed five (5) years, in order to pay the creditors pursuant to the Plan.

F. The unsecured creditors will receive more in this Chapter 13 Bankruptcy than they would if the case were a Chapter 7 Bankruptcy.

G. The unsecured creditors will have the potential to receive more in this Chapter 13 Bankruptcy than they would if this case were a Chapter 7 Bankruptcy because the Debtor(s) have offered to pay all of their net disposable income over the life of the Plan, pursuant to 11 U.S.C. §1325(b)(1)(B).

H. The Debtors will be able to make all payments under the Plan to comply with the Plan (Feasibility).

DEBTORS SHALL PAY ALL ADMINISTRATIVE COSTS INCLUDING CLERK'S NOTICING FEES & COSTS EXCEPT FOR FEES INCURRED AT THE REQUEST OF THE CHAPTER 13 TRUSTEE.

THE CHAPTER 13 TRUSTEE'S OBJECTIONS (HAVE) HAVE NOT BEEN RESOLVED.

Dated this  2nd  day of  December , 2009 .

_____
WAYNE DREWES
Chapter 13 Bankruptcy Trustee

( ) Original Court
( ) Copy File
( ) Copy Debtors
( ) Copy Debtors' Attorney
( ) U.S. Trustee

_____
Debtor (Terry Church)

_____
Debtor (Wendy Church)

_____
Attorney for Debtor(s)