B230B (Form 230B) (08/07)

# United States Bankruptcy Court

_____ District Of North Dakota

**In re** Terry Church and Wendy Church
**Debtor\***

Address: 304 4th Ave. W.

Bisbee, ND 58317

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any): 2541 / 6944

Employer Tax-Identification (EIN) No(s).(if any): ____

Case No. 09-31299

Chapter 13

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on November 5, 2009 (date), and was modified on _____ (date). The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:

The debtor's chapter 13 plan is confirmed, with the following provisions:

1. Payments:
Amount of each payment:  $ 400.00

Due date of each payment: the ☐ _____ day of each month, or
☐ _____

Period of payments:  ☑ 60 months,
☐ until a _____% dividend is paid to creditors holding allowed unsecured claims, or
☐ _____

Payable to:
Wayne Drewes _____ Standing Trustee
P.O. Box 2783
Fargo, ND 58108-2783

2. Attorney's Fees:
The debtor's attorney is awarded a fee in the amount of $ 3,000.00 , of which
$ 2,500.00 is due and payable from the estate.

3. [Other provisions as needed] _____

| December 14, 2009 | /s/ WILLIAM A. HILL |
|---|---|
| *Date* | *Bankruptcy Judge* |

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.*